IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KYLE M. KUSTURIN, ) | |
| ID # 10044474, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:10-CV-1363-P-BH |
| ) | |
| SHERIFF JOHNNY BROWN, et al ) | |
|     Defendant. ) | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendations of the United States Magistrate Judge dated October 21 and October 29, 2010, and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

All of Plaintiff's claims against Judge Gene Knize and Cindy Buckner, and his claims against Sheriff Johnny Brown based on his supervisory role over other jail employees and his alleged failure to respond to letters written by Plaintiff, are hereby summarily **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii) for failure to state a claim upon which relief may be granted. Plaintiff's claim against Sheriff Brown for false imprisonment is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for want of prosecution.

SIGNED this 10th day of December, 2010.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE